Case No.: 1:12-cv-00785-GBL-TRJ
_____

# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division
_____

**CAROL FORTI,**
        Appellant,

v.

**ANDREW S. ROSS,**
and
**THOMAS P. GORMAN,**
        Appellees.

_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA,
CASE NO. 10-17415-BFK
THE HONORABLE JUDGE BRIAN F. KENNEY
_____

**STATEMENT OF THE APPELLEE, THOMAS P. GORMAN**

_____

Thomas P. Gorman
OFFICE OF CHAPTER 13 TRUSTEE
300 N. Washington Street, Suite 400
Alexandria, VA 22314
Phone: (703) 836-2226
Fax: (703) 836-8120

Appellee
Self-Represented

## STATEMENT OF THE APPELLEE

The Appellee was the Chapter 13 Trustee in this case (the "Trustee"). Trustee responds to the Debtor-Appellant's (the "Debtor") appeal by stating that all funds paid by Debtor and proceeds from the sale of Debtor's property have already been distributed pursuant to the bankruptcy court's April 30, 2012 Order Granting Trustee's Motion to Approve Final Distributions, and all checks have been cashed (including the distribution check made payable to the Debtor and hand-delivered to her in open court on May 24, 2012). A Report by Trustee of Completion of Plan Payments was issued on May 24, 2012, and Debtor's Chapter 13 case is ready to be closed upon Trustee's filing of his Final Report and Account. Thus, Trustee believes the issues raised on appeal are now moot, and there is no further relief to be afforded to the Debtor.

      __/s/ Thomas P. Gorman_____
Thomas P. Gorman (VSB# 26421)
Appellee
OFFICE OF THE CHAPTER 13 TRUSTEE
300 N. Washington Street, Suite 400
Alexandria, VA 22314
Phone: (703) 836-2226
Fax: (703) 836-8120
E-mail: tgorman@chapter13alexva.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of July, 2012, served via ECF to authorized users or mailed a true copy of the foregoing Statement of the Appellee to the following parties.

**Carol A. Forti**
Appellant
5-A2
Spa Creek Landing
Shearwater Condo Complex
Annapolis, MD 21403

**George E. Tuttle, Jr., Esq.**
Counsel to Appellee, Andrew S. Ross
Parc East Suite 103
1225 Martha Custis Drive
Alexandria, VA 22302

 __/s/ Thomas P. Gorman_____
Thomas P. Gorman (VSB# 26421)
Appellee
OFFICE OF CHAPTER 13 TRUSTEE
300 N. Washington Street, Suite 400
Alexandria, VA 22314
Phone: (703) 836-2226
Fax: (703) 836-8120
E-mail: tgorman@chapter13alexva.com